FILED
CLERK, U.S. DISTRICT COURT

JUL 1 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAL SALEEM SMITH,<br><br>Defendant. | Case No. 5:22-cr-108-JGB<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On July 13, 2023, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on December 29, 2022. DFPD Gabriela Rivera was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney J'me Forrest. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

II.

  Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on the following:

> The petition alleges that Mr. Smith failed to comply with the conditions of supervision, including traveling outside the district without permission, failing to report law enforcement contact, failing to pay restitution and to provide information regarding employment. His failure to abide by his conditions strongly suggest he will not appear for further proceedings if he is released.

B.  ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on the following:

> In addition to the above allegations, the Pretrial Services Report reflects a conversation with Mr. Smith's girlfriend reflecting a recent incident of domestic violence.

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: July 13, 2023

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE