# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. **5:22-CR-00108-JGB**  CourtSmart **CS 7/21/23**  Date: **July 21, 2023**

Present: The Honorable **Brianna Fuller Mircheff**, U.S. Magistrate Judge

| Christianna Howard | Jeremy Beecher | n/a |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. **JAMAL SALEEM SMITH**

Attorney Present for Defendant: **Special Apperance by SHANNON COIT**

☒ Present  ☒ Custody  ☐ Bond  ☐ Not present        ☒ Present  ☐ CJA  ☐ Retd  ☒ DFPD  ☐ Not present

**I. PROCEEDINGS:** ☐ IDENTITY HEARING  ☐ REMOVAL HEARING  ☒ PRELIMINARY HEARING
☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
☐ FURTHER PROCEEDINGS RE _____

☐ Process  ☐ received  ☐ not received
☒ Witness(es) CST  ☒ Exhibits Marked  ☒ See separate list.
☒ Court orders that exhibits be returned to the respective counsel / party of record.  ☒ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant  ☐ to be the person  ☐ not to be the person charged in the  ☐ Indictment  ☐ Information  ☐ Complaint.
☒ Court finds  ☒ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☐ Defendant executed Waiver of Rights.  ☐ Process received.  ☐ Process not received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☐ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: _____ By: _____ .
  ☐ Final commitment and warrant of removal are ordered stayed until _____ .
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**  ☐ Contested detention hearing is held.
☐ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Counsel stipulate to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See Receipt for Release of Exhibits to Counsel.  ☐ Release Order Issued - Release No.: _____

☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____ before Judge _____ in courtroom _____ .
☒ Other: DFPD Gabriela Rivera and Probation and Pretrial Supervision Officer Stephanie Barrera-Sims present. Probable cause found with respect to Allegations 1 thru 5. The parties are referred to District Judge Jesus G. Bernal for further proceedings.

I. **1** : **10**
II. _____ : _____
Deputy Clerk Initials **ch**

M-50 (11/21)  MINUTES - RULE 5/20 HEARING / DETENTION HEARING