## LIST OF EXHIBITS AND WITNESSES

| | | |
|---|---|---|
| **Case Number** | 5:22-cr-108-JGB | **Title** United States of America v. Jamal Saleem Smith |
| **Judge** | Brianna Fuller Mircheff, United States Magistrate Judge | |
| **Dates of Trial or Hearing** | July 21, 2023 | |
| **Court Reporters or Tape No.** | Courtsmart | |
| **Deputy Clerks** | Christianna Howard | |

**FILED**
CLERK, U.S. DISTRICT COURT
JULY 21, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ch DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Jeremy Beecher, AUSA | Special Appearing DFPD Shannon Coit |
| | DFPD Gabriela Rivera |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Probation/Pretrial Officer Stephanie Barrera-Sims | P |
| 1 | x | x | | | | Petition on Probation and Supervised Release | P |
| 2 | x | x | | | | Petition on Probation and Supervised Release (5:22CR109) | P |
| 3 | x | x | | | | Summary of the Violation Repot | P |
| 4 | x | x | | | | Judgment in Tennesssee case | P |
| 5 | x | x | | | | Judgment in Kentucky case | P |
| 6 | x | | | | | Docket Report - Superior Court, San Bernardino | P |
| 7 | x | | | | | Detection and Treatment Resources, Inc. Report | P |