| NAME & ADDRESS: | E. Martin Estrada<br>United States Attorney<br>Jeremy K. Beecher (SNB 301272)<br>Assistant United States Attorney<br>312 North Spring Street, 12th Floor<br>Los Angeles, CA 90012<br>(213) 894-5429<br>jeremy.beecher@usdoj.gov | FILED<br>CLERK, U.S. DISTRICT COURT<br>JULY 21, 2023<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ch   DEPUTY |
|---|---|---|

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF(S)<br>v.<br>JAMAL SALEEM SMITH,<br>DEFENDANT(S) | CASE NUMBER:<br>5:22-CR-00108-JGB<br><br>**RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |
|---|---|

~~Pursuant to stipulation of counsel in this action and/or~~ by Order of this Court, all exhibits ~~listed on the joint _____ exhibit list~~ are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

| July 21, 2023 | Jeremy K. Beecher |
|---|---|
| Date | Counsel for: ☒ Plaintiff  ☐ Defendant ☐ _____ |
| | [signature]   213-894-5429 |
| | Signature   Telephone Number |
| _____ | _____ |
| Date | Counsel for: ☐ Plaintiff  ☐ Defendant ☐ _____ |
| | _____   _____ |
| | Signature   Telephone Number |

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

| July 21, 2023 | By   /s/ - Christianna Howard |
|---|---|
| Date | Deputy Clerk |

G-38 (08/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING